IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Deborah Hansen           Date: June 2, 2009
Court Reporter:     Gwen Daniel            Probation: Kurt Thoene

_____

Criminal Action No. 98-cr-00261-LTB        <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Wayne Campbell

    Plaintiff,

v.

1. ERIC KENNETH AHLENUIS,                  Gail Johnson

    Defendant.

_____

**COURTROOM MINUTES**
_____

Hearing - Motion for Reduction of Sentence

10:00 a.m.   Court in Session

Defendant's presence is waived.

Court's comments

Argument by Ms. Johnson

Court's comments

Further Argument by Ms. Johnson

**ORDERED:** Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2), Docket No. 92 and 109, are DENIED. And the pro se Petition is STRICKEN.

1

The Court will enter a written order.

10:18 a.m.    Court in Recess
              Hearing concluded
              Time: /18