✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ERIC KENNETH AHLENIUS | ) Case No: 98-cr-00261-LTB-01 |
| | ) USM No: 28278-013 |
| Date of Previous Judgment: January 6, 2000 | ) Gail K. Johnson |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

Pursuant to the Court's Order entered on June 2, 2009, Document 113, the defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) is denied.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 31 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   January 6, 2000, shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   June 2, 2009                               s/Lewis T. Babcock
                                                                          Judge's signature

Effective Date:                                              Lewis T. Babcock, Senior U.S. District Judge
       (if different from order date)                                Printed name and title