# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 98-cr-00261-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ERIC KENNETH AHLENIUS,

    Defendant.

_____

## AMENDED ORDER
_____

Upon the Motion for Appointment of Counsel Under the Criminal Justice Act (Doc 117 - filed June 18, 2009), it is

ORDERED that the Motion is GRANTED and Gail K. Johnson of Johnson & Brennan, PLLC, is appointed pursuant to the Criminal Justice Act to represent Defendant Ahlenius in his appeal of the Court's June 2, 2009 Order and in preparing and litigating a motion to vacate his sentence pursuant to 28 U.S.C. § 2255.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: June 22, 2009