**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 98-cr-00261-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ERIC KENNETH AHLENIUS,

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that a supervised release violation hearing regarding Defendant Ahlenius is set **Thursday, May 26, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


DATED: April 20, 2011
_____