# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  98-cr-00261-LTB-01 |
| | USM Number:  28278-013 |
| ERIC KENNETH AHLENIUS | Sean M. McDermott<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 through 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance (Cocaine) | 04/27/2012 |
| 2 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 05/19/2012 |

    The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

 

August 31, 2012
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior U.S. District Judge
Name & Title of Judge

September 11, 2012
Date

DEFENDANT:  ERIC KENNETH AHLENIUS
CASE NUMBER:  98-cr-00261-LTB-01                                                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 05/15/2012 |
| 4 | Failure to Report to the Probation Officer as Directed | 05/21/2012 |
| 5 | Failure to Submit Written Reports | 05/05/2012 |
| 6 | Failure to Report Arrest by Law Enforcement | 05/25/2012 |

Case 1:98-cr-00261-LTB   Document 190   Filed 09/11/12   USDC Colorado   Page 3 of 3

DEFENDANT: ERIC KENNETH AHLENIUS  
CASE NUMBER: 98-cr-00261-LTB-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fourteen (14) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy United States Marshal